353 P.2d 293]

[L. A. No. 25806. In Bank. June 2, 1960.]

ROBERT COLLINS SMITH, Petitioner, v. ROBERT McCARTHY, as Director of Motor Vehicles, Respondent.

Robert J. North for Petitioner.

Stanley Mosk, Attorney General, E. G. Funke, Assistant Attorney General, Warren H. Deering and Arthur de Goede, Deputy Attorneys General, for Respondent.

THE COURT.—This proceeding presents the same problem as that disposed of in *Hough* v. *McCarthy, ante,* p. 273 [5 Cal.Rptr. 668, 353 P.2d 276], and *Sauer* v. *McCarthy, ante,* p. 295 [5 Cal.Rptr. 682, 353 P.2d 290], decided this day, and those decisions are controlling here.

The alternative writ of mandate is discharged, and a peremptory writ is denied.

PETERS, J.—I dissent.

This case involves the same problem as that involved in *Hough* v. *McCarthy, ante,* p. 273, decided this date. For the reasons set forth in my dissent in that case, *ante,* p. 287 [5 Cal.Rptr. 668, 353 P.2d 276], it is my opinion that the writ of mandate should issue ordering the director to set aside petitioner's order of suspension and to grant him the hearing provided by law.

SCHAUER, J., Dissenting.—Without suggesting accord with the views of the majority in *Hough* v. *McCarthy, ante,* p. 273 [5 Cal.Rptr. 668, 353 P.2d 276], in other respects, I dissent because I am of the opinion that petitioner has been denied the hearing to which he is entitled by law.

McComb, J., concurred.